FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>CALLETANO TORRES-GALLEGOS,<br><br>              Defendant. | No.  1:22-CR-02092-SAB-1<br><br>**ORDER DENYING MOTION TO QUASH** |

    Before the Court is Defendant's pro se Motion to Quash U.S. Marshal Hold, Set Bail, ECF No. 16. After the Court appointed the Federal Defenders of Eastern District of Washington, Nick Mirr filed a Notice of Appearance and also filed a Status Report. ECF No. 19.

    In his report, Mr. Mirr indicates he met with Defendant, who now believes the proper course of action is to address the pending state matters first. Mr. Mirr asks the Court to deny Defendant's motion as moot with leave to renew.

//
//
//
//
//

**ORDER DENYING MOTION TO QUASH** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's pro se Motion to Quash U.S. Marshal Hold, Set Bail, ECF No. 16, is **DENIED**, as moot, with leave to renew.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 28th day of July 2025.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO QUASH** ~ 2